UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BENJAMIN LEE,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/2022

21 Cr. 773 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for April 20, 2022, is ADJOURNED to **May 11, 2022**, at **1:00 p.m.**

    SO ORDERED.

Dated: April 18, 2022
       New York, New York

ANALISA TORRES
United States District Judge