```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

BENJAMIN LEE,

                      Defendant.

21 Cr. 773 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for May 11, 2022, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge