```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :

     - v. -                    :

BENJAMIN LEE,                      :

        Defendant.            :

- - - - - - - - - - - - - - - - x

**ORDER**

21 CR 773 (AT)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 24, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        May 26, 2022

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE