```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BENJAMIN LEE,

                              Defendant.

21 Cr. 773 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for December 14, 2022, is ADJOURNED to **April 5, 2023**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    The parties are reminded that Defendant's sentencing submission is due two weeks before sentencing. The Government's sentencing submission is due one week before sentencing.

    SO ORDERED.

Dated: December 5, 2022
       New York, New York

                                                      ANALISA TORRES
                                              United States District Judge