```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/9/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BENJAMIN LEE,

                         Defendant.

21 Cr. 773 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for May 9, 2023, is ADJOURNED to **May 16, 2023**, at **12:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: May 9, 2023
       New York, New York

ANALISA TORRES
United States District Judge